tober, 1911.) Action by Aaron M. Wands against George W. Pound and others.

PER CURIAM. Order affirmed with $10 costs and disbursements.

ROBSON, J., dissents.

WARE et al., Respondents, v. HICKS et al., Appellants. (Supreme Court, Appellate Division, Second Department, March 15, 1912.) Action by William R. Ware and others against Isabel Hicks and another. No opinion. Judgment affirmed, with costs.

WATRAL v. ST. MATTHEWS SOCIETY. (Supreme Court, Appellate Term. March 8, 1912.) Appeal from Municipal Court, Borough of Manhattan, Second District. Action by George Watral against Saint Matthews Society. From a judgment of the Municipal Court of the City of New York in favor of the plaintiff, defendant appeals. Reversed, and complaint dismissed. Robson & Simpson, for appellant. Isidor L. Daniels, for respondent.

SEABURY, J. Plaintiff sues to recover for extra work, which he alleges he performed while he was president of the defendant society. The pleadings were oral. The plaintiff failed to prove any contract with the defendant, or to establish any cause of action whatever. Judgment reversed, with costs, and complaint dismissed, with costs. All concur.

WATSON, Respondent, v. LUCIOS, Appellant. (Supreme Court, Appellate Division, Fourth Department. October, 1911.) Action by Henry W. Watson, as committee, etc., of Evalena Beadle, an incompetent person, against one Lucios. No opinion. Order affirmed, with $10 costs and disbursements.

WATSON, Respondent, v. PRINCE et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. January 31, 1912.) Action by Elizabeth Watson against Esther J. Prince and others.

PER CURIAM. Interlocutory judgment affirmed, with costs, with leave to the defendants to plead over within 20 days upon payment of the costs of the demurrer and of this appeal.

SPRING, J., dissents.

WEAVER v. WEAVER et al. (Supreme Court, Appellate Division, First Department. March 8, 1912.) Appeal from Special Term, New York County. Action by Ethel D. Weaver against George Weaver individually, etc., and others. From a judgment dismissing the complaint on the merits, plaintiff appeals. Modified and affirmed. A. Walker Otis, for appellant. Charles Brandt, for respondents.

PER CURIAM. The judgment should be modified, by striking out all provisions after the dismissal of the complaint, with costs, upon the ground that the decree of the surrogate is a binding adjudication affecting the personal property of the decedent, and, as so modified, the judgment should be affirmed, without costs.

WEBB, Appellant, v. BROOKLYN HEIGHTS R. CO., Respondent. (Supreme Court, Appellate Division, Second Department, March 15, 1912.) Action by Charles H. Webb against the Brooklyn Heights Railroad Company.

PER CURIAM. Judgment reversed, and new trial granted, costs to abide the event, upon the ground that the issues should have been submitted to the jury.

JENKS, P. J., and HIRSCHBERG, J., dissent.

WELLS et al., Respondents, v. DUNLOP et al., Appellants. (Supreme Court, Appellate Division, First Department. January 26, 1912.) Action by Oliver J. Wells and others against Eliza C. Dunlop and others, as executors, etc. E. S. Clinch, for appellants. H. H. Snedeker, for respondents.

PER CURIAM. Judgment and order affirmed, with costs. Order filed.

LAUGHLIN, J., dissents.

WEXLER v. BRAILE et al. (Supreme Court, Appellate Division, Second Department. January 19, 1912.) Action by Adolf Wexler against Angelo Braile and another. No opinion. Judgment of the Municipal Court affirmed, with costs.

WHITE, Respondent, v. SCHWEITZER et al., Appellants. (Supreme Court, Appellate Division, Second Department. March 8, 1912.) Action by William E. White against Nathan Schweitzer and others. No opinion. Motion for reargument (of 132 N. Y. Supp. 644) denied, without costs.

WHITELAW, Appellant, v. WALTHER et al., Respondents. (Supreme Court, Appellate Division, Second Department. March 8, 1912.) Action by Alexander G. Whitelaw, as trustee, etc., against Frank G. Walther and another. No opinion. Motion denied, without costs, on condition that appellant within 20 days perfect his appeal, place the cause on the next calendar, and be ready for argument when reached; otherwise, motion granted, with $10 costs.

In re WHITTEMORE. (Supreme Court, Appellate Division, Third Department. March 6, 1912.) In the matter of the judicial settlement of the account of Fannie A. Whittemore, as executrix of the will of Edward C. Whittemore, deceased.

PER CURIAM. Decree modified, so as to provide that Fannie A. Whittemore shall hold the balance of the estate in her hands, being the sum of $11,650.29, as executrix, without the giving of security, and striking therefrom

the provision that the same be paid over to her individually, and, as so modified, affirmed, with costs to her payable out of the corpus of the estate.

In re WHITTEN. (Supreme Court, Appellate Division, Second Department. February 16, 1912.) In the matter of the application of Robert C. Whitten for a writ of certiorari to William J. Gaynor, Mayor of the City of New York, and James G. Wallace, Jr., Chief of the Bureau of Licenses of the City of New York. No opinion. Motion for writ of certiorari denied, without costs, and proceeding dismissed, without prejudice to any action or proceeding which the relator may commence in the Supreme Court, Special or Trial Term, and stay vacated.

WIETHAN, Respondent, v. NEW PALTZ, H. & P. TRACTION CO., Appellant. (Supreme Court, Appellate Division, Second Department. February 2, 1912.) Action by Franklin A. Wiethan against the New Paltz, Highland & Poughkeepsie Traction Company. No opinion. Judgment and order unanimously affirmed, with costs.

In re WILLIAMS et al. (Supreme Court, Appellate Division, Fourth Department. January 31, 1912.) In the matter of the judicial settlement of the accounts of Alice D. Williams and another, as executors of William Williams, deceased. No opinion. Motion granted, permitting the appellant, Eliza T. Williams, to file undertaking to perfect her appeal. See, also, 118 N. Y. Supp. 562.

In re WILLIAMS. (Supreme Court, Appellate Division, Second Department. March 8, 1912.) In the matter of Jennie Perkins Williams, an alleged incompetent person. No opinion. Motion denied, without costs. See, also, 132 N. Y. Supp. 1151.

WILLIAMS, Appellant, v. ASHNER, Respondent. (Supreme Court, Appellate Division, Second Department. January 26, 1912.) Action by Bennett Williams against Ida Ashner. No opinion. Motion to compel acceptance of notice of appeal granted, with $10 costs. Motion to compel acceptance of proposed case on appeal granted, without costs.

WILLIAMS, Respondent, v. CONOVER et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. October, 1911.) Action by Daniel Williams against George L. Conover and another.
PER CURIAM. Judgment of County Court (130 N. Y. Supp. 118) and judgment of Justice's Court reversed, with costs in all courts to appellants. Held, that the complaint states a cause of action in trover, and not on contract.
SPRING, J., dissents.

WILLIAMS v. JAMES, Mayor, et al. (Supreme Court, Appellate Division, Fourth Department, October, 1911.) Action by Henry K. Williams, a taxpayer of the city of Dunkirk, N. Y., against Harry James, as mayor of the city of Dunkirk, impleaded with Richard Heppell, as clerk of the city of Dunkirk, and others, and Joseph Stejakowski, as councilman, and others. (No. 1.) No opinion. Order affirmed, with $10 costs and disbursements. See, also, infra.

WILLIAMS v. JAMES, Mayor, et al. (Supreme Court, Appellate Division, Fourth Department. October, 1911.) Action by Henry K. Williams, a taxpayer of the city of Dunkirk, N. Y., against Harry James, as mayor of the city of Dunkirk, impleaded with Richard Heppell, as clerk of the city of Dunkirk, and others, and Joseph Stejakowski, as councilman, and others. (No. 2.) No opinion. Order affirmed, with $10 costs and disbursements. See, also, supra.
McLENNAN, P. J., dissents.

WILLIAMS v. UNITED WIRELESS TELEGRAPH CO. (seven cases). (Supreme Court, Appellate Division, First Department. February 9, 1912.) Actions by Samuel P. Williams against the United Wireless Telegraph Company. No opinions. Motions granted, with $10 costs of one motion. Orders filed. See, also, 131 N. Y. Supp. 41.

WILLSON & ADAMS CO. v. MACK PAVING & CONSTRUCTION CO. et al. (Supreme Court, Appellate Division, Second Department. January 19, 1912.) Action by the Willson & Adams Company against the Mack Paving & Construction Company and others. No opinion. Motion denied, with $10 costs. See, also, 132 N. Y. Supp. 297.

WILSON, Respondent, v. HANNA, Appellant. (Supreme Court, Appellate Division, Second Department. January 26, 1912.) Action by Frank B. Wilson against John Hanna. No opinion. Appeal dismissed by default, with costs. See, also, 131 N. Y. Supp. 1151.

WINCKLER et al., Respondents, v. WINCKLER, Appellant. (Supreme Court, Appellate Division, Second Department. February 23, 1912.) Action by Frederick Winckler and another against Louis Winckler, individually and as executor, etc. No opinion. Motion for stay dismissed, without costs. See, also, 133 N. Y. Supp. 768; infra.

WINCKLER et al., Respondents, v. WINCKLER, Appellant. (Supreme Court, Appellate Division, Second Department. March 8, 1912.) Action by Frederick Winckler and another, as executors, etc., against Louis Winckler, individually and as executor, etc. No opinion. Mo-